# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHARLES EDWARD BUTTS,**

    **Plaintiff,**

    v.                         Case No. 13-CV-1391

**KENOSHA COUNTY DETENTION CENTER
and KENOSHA COUNTY SHERIFF'S DEPARTMENT,**

    **Defendants.**

## DECISION AND ORDER

Plaintiff has filed a request to dismiss this case, see Fed. R. Civ. P. 41(a), and that he not be required to pay the filing fee. The filing fee has already been assessed although plaintiff has not submitted any partial payments yet. Because this case is at such an early stage, in addition to voluntary dismissal of this action, I will grant plaintiff's request to not have to pay the filing fee.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the court's Order of April 16, 2014, granting plaintiff's petition for leave to proceed in forma pauperis and ordering the Kenosha County Sheriff to collect from plaintiff's prisoner trust account the $350.00 filing fee is **STRICKEN**.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the Kenosha County Sheriff.

Dated at Milwaukee, Wisconsin, this 7th day of May, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge